Jeffrey S. Schoppert (SBN 116674)
Keegin Harrison Schoppert Smith & Karner LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: 415-456-4000
Facsimile: 415-456-1921

Attorneys for defendant
Mark Battaglia, as Successor Trustee of
(i) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 – Survivors Trust and
(ii) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 – Residuary Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>  Plaintiffs,<br><br>v.<br><br>MI PUEBLITO; CAROLINE C. BATTAGLIA and MARK M. BATTAGLIA, Trustees of the Thomas A. and Caroline C. Battaglia Family Trust dated July 22, 1975 – Survivors Trust; and CAROLINE C. BATTAGLIA and MARK M. BATTAGLIA, Trustees of the Thomas A. and Caroline C. Battaglia Family Trust dated July 22, 1975 – Residuary Trust,<br><br>  Defendants. | Case No. CV12-0474-JCS<br>Civil Rights<br><br>**STIPULATION TO EXTENSION OF TIME OF DEFENDANT MARK M. BATTAGLIA, ETC. TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED, by and between plaintiffs Irma Ramirez and Daren Heatherly, on the one hand, and defendant Mark M. Battaglia, as Successor Trustee of (i) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 – Survivors Trust and (ii) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 – Residuary Trust (sued erroneously herein as co-trustee of the within-named trusts) on the other hand, by and through their respective counsel, that the time of Mark M. Battaglia to

Case No. CV12-0474-JCS  1
**STIPULATION TO EXTENSION OF TIME OF DEFENDANT MARK M. BATTAGLIA, ETC.
TO RESPOND TO COMPLAINT**

respond to the complaint in the within action is hereby extended to and including April 20, 2012.

                        THOMAS E. FRANKOVICH,
                        A Professional Law Corporation

Dated: April 5, 2012        By   /s/ Thomas E. Frankovich
                                     Thomas E. Frankovich
                            Attorneys for plaintiffs
                            Irma Ramirez and Daren Heatherly

                            KEEGIN HARRISON SCHOPPERT
                              SMITH & KARNER LLP

Dated: April 5, 2012        By   /s/ Jeffrey S. Schoppert
                                       Jeffrey S. Schoppert
                            Attorneys for defendant
                            Mark M. Battaglia, as Successor Trustee of
                            (i) The Thomas A. & Caroline C. Battaglia Family
                            Trust dated July 22, 1975 – Survivors Trust and
                            (ii) The Thomas A. & Caroline C. Battaglia Family
                            Trust dated July 22, 1975 – Residuary Trust

    I, Jeffrey S. Schoppert, attest that Mr. Thomas E. Frankovich, counsel for plaintiffs Irma Ramirez and Daren Heatherly, concurred in filing this Stipulation to Extension of Time of Defendant Mark M. Battaglia, Etc. to Respond to Complaint.

Dated: April 20, 2012

                            KEEGIN HARRISON SCHOPPERT
                              SMITH & KARNER LLP

                            By  /s/ *Jeffrey S. Schoppert*
                                  Jeffrey S. Schoppert
                                  Attorneys for Defendant

Dated: April 24, 2012    [SEAL: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]

Case No. CV12-0474-JCS          2
**STIPULATION TO EXTENSION OF TIME OF DEFENDANT MARK M. BATTAGLIA, ETC. TO RESPOND TO COMPLAINT**