THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff IRMA RAMIREZ;
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IRMA RAMIREZ; and DAREN HEATHERLY, | ) ) ) | **CASE NO. CV-12-0474-JCS** |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |
| v. | ) ) ) | |
| MI PUEBLITO; CAROLINE C. BATTAGLIA and MARK M. BATTAGLIA, Trustees of the THOMAS A. and CAROLINE C. BATTAGLIA FAMILY TRUST dated July 22, 1975 - SURVIVORS TRUST; and CAROLINE C. BATTAGLIA and MARK M. BATTAGLIA, Trustees of the THOMAS A. and CAROLINE C. BATTAGLIA FAMILY TRUST dated July 22, 1975 - RESIDUARY TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and Defendant MARK M.

BATTAGLIA, as Successor Trustee of (i) The Thomas A. & Caroline C. Battaglia Family Trust

dated July 22, 1975 - Survivors Trust and (ii) The Thomas A. & Caroline C. Battaglia Family

Trust dated July 22, 1975 - Residuary Trust, by and through the parties respective counsel in the

above-mentioned case respectfully request and hereby make the following stipulation:

///

///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**      1

1. **WHEREAS**, defendant MARK M. BATTAGLIA, as Successor Trustee of (i) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Survivors Trust and (ii) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Residuary Trust was served via personal service with the summons and complaint on March 16, 2012;

2. **WHEREAS**, defendant Caroline C. Battaglia died October 17, 2011, and plaintiffs will be filing a Notice of Voluntary Dismissal shortly;

3. **WHEREAS**, defendant MARK M. BATTAGLIA, as Successor Trustee of (i) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Survivors Trust and (ii) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Residuary Trust has answered plaintiffs' complaint;

4. **WHEREAS**, pursuant to the General Order 56 ¶ 3 & 4, the parties are to have the joint site inspection at Mi Pueblito Restaurant located 7600 Commerce Boulevard, Cotati, California 94931 completed by May 9, 2012;

5. **WHEREAS**, Plaintiffs' counsel, Thomas E. Frankovich, is currently out of the country until May 15, 2012;

6. **WHEREAS**, due to this circumstance, the parties are unable to conduct the joint site inspection of the premises by May 9, 2012;

7. **WHEREAS**, the parties are currently in the process of coordinating a date(s) to conduct the joint site inspection; and

///
///
///
///
///
///
///
///
///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**   2

8. **WHEREAS**, therefore, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including June 7, 2012.

**IT IS STIPULATED**.

Dated: May 8, 2012

THOMAS E. FRANKOVICH, ESQ.
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiffs IRMA RAMIREZ; and DAREN HEATHERLY

Dated: May 8, 2012

**KEEGIN HARRISON SCHOPPERT SMITH & KARNER LLP**

By: _____
Jeffrey S. Schoppert
Attorneys for Defendant MARK M. BATTAGLIA, as Successor Trustee of (i) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Survivors Trust and (ii) The Thomas A. & Caroline C. Battaglia Family Trust dated July 22, 1975 - Residuary Trust

## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General Order (56) joint inspection of the premises be continued up to and including June 7, 2012.

Dated: May 9, 2012

HONORABLE [signature]
United States [Judge Joseph C. Spero]

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION    3